IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JESSIE LEE HARDEMAN,<br>    Plaintiff, | : <br> : <br> : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : <br> : | |
| LT. S. WILLIAMS,<br>    Defendant. | : <br> : | CIVIL ACTION NO.<br>1:18-CV-1407-AT-LTW |

## FINAL REPORT AND RECOMMENDATION

Plaintiff is confined at the Newton County Jail in Covington, Georgia. Plaintiff, pro se, filed a complaint seeking relief under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* ("IFP") that was not current. (Docs. 1, 2.)

On April 10, 2018, the Court directed Plaintiff to submit a current IFP application within thirty days. (Doc. 3.) The Court warned Plaintiff that failure to do so may result in dismissal of this case. (*Id.*)

The Court has not received anything from Plaintiff in response to that Order, and the deadline for compliance has passed. Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for

AO 72A
(Rev.8/82)

Plaintiff's failure to comply with a lawful order of the Court. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

**SO RECOMMENDED** this 30 day of May, 2018.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)