IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSE LEE HARDEMAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:18-CV-1407-AT |
| LT. S. WILLIAMS, | : |
| Defendant. | : |

## **ORDER**

This 42 U.S.C. § 1983 matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 4] that the case be dismissed without prejudice for Plaintiff's failure to comply with a lawful order of the Court.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, this case is dismissed without prejudice.

**IT IS SO ORDERED** this 20th day of June, 2018.

_____
**Amy Totenberg
United States District Judge**